UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

**Curtis Bethany**

Soc. Sec. No. xxx-xx-3786
Mailing Address: 4600 Sydney Harbour court, , Killeen, TX 76549

Case No. 07-81273- -
Chapter 13

Debtor.

# ORDER SHORTENING TIME FOR NOTICE
# AND GRANTING EXPEDITED HEARING

**ON MOTION** of the Debtor pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for an order to shorten time for notice and for an expedited hearing on the **MOTION TO INCUR INDEBTEDNESS** with First Community Mortgage filed by the Debtor, and for good cause shown, it is

**ORDERED** that the motion for expedited hearing and to shorten time for notice be, and hereby is, allowed, and it is further

**ORDERED** that a hearing on the Male only filing **MOTION TO INCUR INDEBTEDNESS** will be held in the Federal Courtroom located at the Venable Center, Dibrell Building, Suite 280, 302 East Pettigrew St., Durham, North Carolina, 27701-3747, North Carolina, on the 5th day of November , 200 9, at 11:00 a .m.

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
D U R H A M DIVISION

**Curtis Bethany**

Soc. Sec. No. xxx-xx-3786
Mailing Address: 4600 Sydney Harbour court, , Killeen, TX 76549

Case No. 07-81273- -
Chapter 13

Debtor.

**DEPUTY CLERK'S SERVICE LIST FOR
ORDER SHORTENING TIME FOR NOTICE AND GRANTING EXPEDITED HEARING**

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee | The Law Offices of John T. Orcutt, P.C.<br>Attorney for Debtor<br>6616-203 Six Forks Rd.<br>Raleigh, N.C. 27615 |
| Curtis Bethany<br>4600 Sydney Harbour court<br>Killeen, TX 76549 | Michael West<br>Bankruptcy Administrator |
| Diamond Homes<br>**Seller(s)**<br>2025 Memory Lane<br>Itarker Heights, TX 76548- | First Community Mortgage<br>**Financier**<br>2102 S Ws Young Drive<br>Killeen, TX 76543- |
| First National Bank Texas dba<br>**Closing Attorney**<br>First Community Mortgage<br>107 W. Highway 190<br>Copperas Cove, TX 76522- | Sarah Seidler<br>**Realtor**<br>336 Cove Terrance<br>Copperas Cove, TX 76522- |
| Yasmine Kelly<br>**Mortgage Broker**<br>C/O First Community Mortgage<br>107 W Hwy 190<br>Copperas Cove, TX 76522- | |
| All creditors with duly filed claims as indicated on the Trustee's Report of Filed Claims. ||